UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-mj-70857-MAG-1 (VKD) |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| ERIC JOHNSON, | |
| Defendant. | |

The United States moved for detention of defendant Eric Johnson, pending a hearing before a district judge regarding revocation of his supervised release, based on petitions and arrest warrants issued in the Western District of Arkansas. Dkt. No. 1.

The Court's authority to detain or release defendant in these circumstances is governed by the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a), and Federal Rule of Criminal Procedure 32.1. *See United States v. Loya*, 23 F.3d 1529, 1531 (9th Cir. 1994); *accord United States v. Diaz*, No. 18-cr-00057-MMD-CSD-4, 2025 WL 1470844 (D. Nev. May 22, 2025). At the detention hearing on June 26, 2026, Mr. Johnson waived his right to a detention hearing in the Northern District of California, without prejudice to his right to a detention hearing in the charging district.

Accordingly, Mr. Johnson is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Johnson shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Johnson to the United

United States District Court
Northern District of California

States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: June 26, 2026

*Virginia K. DeMarchi*

Virginia K. DeMarchi
United States Magistrate Judge